## JULY TERM, 1799.

## Baker *ads.* Burns.

*L*EE moved that the defendant be brought up to take the benefit of the Act made " for the " relief of debtors with respect to the imprisonment " of their persons."

*Munro* for plaintiff objected, 1st, That in the inventory served on him the arms of the defendant are not specified in the schedule; 2d, That the inventory does not particularize when he owned and had the articles, &c. 3d, That he is confined on a suit for breach of promise of marriage, and that this is to be considered as a *tort,* whereas the Act only applies to contracts; 4th, That the inventory is not stamped.

*Lee contra.*

L

*Per Curiam.* All the objeƈtions are untenable, excepting the laſt, but the inventory ought to be ſtamped, and that objeƈtion is fatal.

Motion denied.